# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−4 | User: lisa | Date Created: 11/7/2016 |
| Case: 4:16−bk−13265 | Form ID: nclsndsc | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr     Richard L. Cox     rlcpa@hsnp.com
aty     Kent Pray     kent.pray@praylawfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Rhonda A. Montanez     11800 Plesant Ridge Road     Little Rock, AR 72223
5802334     Comcast     PO Box 105257     Atlanta, GA 30348
5802335     Direct TV     PO Box 78626     Phoenix, AZ 85062
5802336     First Security Bank     Collection Dept     PO Box 1009     Searcy, AR 72145
5802337     John Gibson     1425 Airport Rd.     Hot Springs National, AR 71913
5802338     Mid South Adjustment     316 West 6th, Suite A     Pine Bluff, AR 71601
5802339     Saline Memorial     PO Box 2770     Benton, AR 72018−2770
5802340     Vanderbilt     PO Box 15170     Knoxville, TN 37901
5813285     eCAST Settlement Corporation     PO Box 29262     New York NY 10087−9262

TOTAL: 9